For plaintiff: Harlow & Boudreau.

For defendants: Sallet & Ress.

Sebastiano Lato
vs. } No. 78309.
Domenico Rianna

JUNE 11, 1932.

FROST, J. Heard on plaintiff's motion for new trial on damages only, after verdict for plaintiff in sum of $5.

This is an action of trespass for assault and battery.

The plaintiff testified that as a result of a disagreement over an electric lighting bill, the defendant assaulted him and struck him over the right shoulder with a heavy stick.

The record from the outpatient department of the Rhode Island Hospital showed that plaintiff was treated there three times; that the X-ray showed a dislocation of the head of the right humerus and that a sling had been applied. The plaintiff claimed to have been unable to engage in his customary work of peddling for a period of four weeks and to have lost thereby profits of $50 to $75 per week. Discrediting the latter testimony to some extent, it seems reasonable to suppose that there must have been some loss of earning power. Since the jury found the defendant guilty of assault and battery, it should have compensated the plaintiff in damages. The uncontradicted testimony is that plaintiff received a dislocation of the right humerus. This being so, the Court thinks the damages given were clearly inadequate.

While the plaintiff has asked for a new trial on damages only, the Court may in its discretion order a new trial generally (*Clark* vs. *N. Y., N. H. & H. R. R. Co.*, 33 R. I. 83 at 103), and this it does.

A new trial is granted, the same to be on all issues.

For plaintiff: DePasquale & Terrano.

For defendant: Pettine, Godfrey & Cambio.